# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 21-284 |
| v. ) | |
| ) | Judge Cathy Bissoon |
| FREDERICK SEGAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Consistent with the Order approving Petition for Supervised Release (Doc. 5), **Defendant SHALL appear, in person, at the Show Cause Hearing on December 16, 2021, at 11:15 a.m.**, in Courtroom 3A, 3rd Floor, U.S. Courthouse, 700 Grant St., Pittsburgh, PA 15219.

Pursuant to Criminal Rule 32.1(c)(1), Defendant has a right to have legal counsel appear on his behalf. It hereby is ORDERED that, on or before **December 7, 2021**, Defendant shall complete, sign, date and transmit the attached "Notice of Intention" form to the Clerk's Office (Courthouse, 3rd Floor), either in person, or via U.S. Mail, at the address provided on the form. Failure to comply with this Order may result in a waiver of legal rights.

IT IS SO ORDERED.

December 1, 2021

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

Attachment (Notice of Intention form)

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail and email):

Frederick Segal
771 Hartman Street
Meadville, PA  16335
Email:  fsegal01@gmail.com